LAW OFFICES OF

# JEFFREY B. RUBIN, P.C.

## ATTORNEY AT LAW

ONE CENTER PLAZA
SUITE 230
BOSTON, MASSACHUSETTS 02108

TEL: 617.367.0077
Fax: 617.367.0071

Jeffrey B. Rubin
Vikas S. Dhar

June 15, 2004

United States District Court
John Joseph Moakley United States Court House
One Court House Way                    ***VIA CERTIFIED MAIL***
Suite 2300
Boston, Massachusetts 02210
ATTENTION:   Honorable Judge Reginald C. Lindsay

**RE:**          <u>**Dorix Patricia Pinales v. Denis C. Riordan, et al.**</u>
**Docket No.:**   **C.A. No. 04-10646-RCL**

Dear Honorable Judge Lindsay:

Enclosed please find a Memorandum and Order for the above-referenced matter which you had requested.

Please be advised that Ms. Pinales is not in custody, however, because of her prior deportation, she may be considered in constructive custody.

Please contact me at (617)367-0077 immediately should you have any questions or concerns.

Thank you for your attention to this important matter.

Sincerely,

Jeffrey B. Rubin

Encl.
JBR/ar

cc:   *United States Attorney's Office*
      *United States District Court*
      *John Joseph Moakley Courthouse*
      *One Courthouse Way, 9th Floor*
      *Boston, Massachusetts 02210*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rubin, One Center Plaza, Suite 230, Boston, Massachusetts, 02110, certify that I have served a true copy of the within to the:

United States Attorney's Office
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way, 9th Floor
Boston, Massachusetts 02210

By certified first class mail, postage prepaid on this14th day of June, 2004.

Jeffrey B. Rubin