UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORIX PATRICIA PINALES,
           Petitioner,

                              Civil Action No.  04-10646-RCL

    v.

DENIS C. RIORDAN, et al.,
           Respondent.

ORDER OF DISMISSAL

LINDSAY, D.J.

    In accordance with this Court's Memorandum and Order dated July 19, 2004, it is

ORDERED that the within action be and it is hereby dismissed.

                                                     By the Court,

                                                     s/ Linn A. Weissman
                                                     Deputy Clerk

Date July 19, 2004

(noticeofdismissal.wpd - 12/98)                                                                                       [odism.]